# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CR0332 JCH/TCM |
| ) | |
| JOHN JAMES MOSES, ) | |
| ) | |
| Defendant. ) | |

## ORDER REGARDING EVIDENTIARY HEARING

This matter is before the Court on the motion of the United States for continuance of the evidentiary hearing. [Doc. 20] Defendant's motion is granted insofar as the evidentiary hearing presently scheduled for **Friday, July 6, 2007**, will be continued. The hearing will be reset at a later time.

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of July, 2007.