# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:07CR0332 JCH/TCM |
| JOHN JAMES MOSES, | ) |
| Defendant. | ) |

## ORDER AND REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed herein,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Indictment [Doc. 27] is stricken.

**IT IS FURTHER ORDERED** that Defendant's Request for Additional Time to File Additional Motions [Doc. 16] is **DENIED**.

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Suppress Evidence [Doc. 17] should be **DENIED**.

**IT IS FURTHER RECOMMENDED** that Defendant's Motion to Suppress Statements [Doc. 17] should be **DENIED**.

The parties are advised that they have eleven (11) days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that

failure to file timely objections may result in waiver of the right to appeal questions of fact.

See **Thompson v. Nix**, 897 F.2d 356 (8th Cir. 1990).

                                              /s/ Thomas C. Mummert, III  
                                              THOMAS C. MUMMERT, III  
                                              UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of July, 2007.