UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CR332 JCH |
| ) | |
| JOHN JAMES MOSES, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court on Defendant's pre-trial Motion to Suppress Evidence and Statements. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Thomas C. Mummert, III, who filed a Report and Recommendation on July 26, 2007. (Doc. No. 29). In his Report and Recommendation, Magistrate Judge Noce recommends that Defendant's motion be denied. After de novo review of the entire record in this matter, this Court adopts the Magistrate Judge's recommendation that Defendant's motion be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [Doc. No. 29] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence and Statements [Doc. No. 17] is **DENIED**.

Dated this 31st day of August, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE